**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

GEORGE M. ROWANN,      )
           )
       Petitioner,    )
           )    Civil Action No. 09-78 Erie
   v.           )
           )
DISTRICT OF ERIE, *et al.*,  )
           )
       Respondents.  )

## ORDER

AND NOW, *to wit,* this 9th day of October, 2009, the Plaintiff having filed at two separate docket entries ([26] and [27]) a document styled as objections,

AND this Court construing said objections as an appeal from the July 20, 2009 Text Order of United States Magistrate Judge Baxter denying the Petitioner's motion [25] for permanent discharge,

IT IS HEREBY ORDERED that the Appeal is DENIED.  The July 20, 2009 Text Order of United States Magistrate Judge Baxter [8] is AFFIRMED.

               s/ Sean J. McLaughlin

               Sean J. McLaughlin
               United States District Judge

cm:   All parties of record.
       U.S. Magistrate Judge Susan Paradise Baxter